GEORGE A. GARDNER, Respondent, *v.* JOHN J. L. FRIEDERICH et al., Appellants, Impleaded with Another.

*Gardner* v. *Friederich*, 25 App. Div. 521, affirmed.
(Argued May 1, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Supreme Court, entered in favor of plaintiff March 30, 1898, upon an order of the Appellate Division in the fourth judicial department, affirming an order of the Trial Term denying a motion for a new trial, after a verdict had been found in favor of plaintiff.

*Joseph W. Taylor* for appellants.

*Charles Van Voorhis* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MARY TECKEMEYER, Respondent, *v.* THE SUPREME COUNCIL, ROYAL TEMPLARS OF TEMPERANCE, Appellant.

*Teckemeyer* v. *Supreme Council R. T. of T.*, 25 App. Div. 631, affirmed.
(Argued May 1, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Supreme Court, entered in favor of plaintiff February 14, 1898, upon an order of the Appellate Division in the fourth judicial department, affirming an order of the Trial Term denying a motion for a new trial, after a verdict had been found in favor of plaintiff.

*A. C. Harwick* and *J. H. Tatem* for appellant.

*William L. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.